UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Double K Hospitality, LLC and Kevin Keene | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 3:14-CV-170-PLR-CCS ) |
| Rashmin Jardosh, Mountain National Bank through the Federal Deposit Insurance Corporation as Receiver, and First Tennessee Bank | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter comes before the Court on the parties' joint motion to remand their case to the Sevier County Chancery Court. [R. 17]. This case was originally filed in the Sevier County Chancery Court; however, the FDIC removed it pursuant to 12 U.S.C. § 1819(b)(2). [R. 1]. The FDIC has since been dismissed from the case. [R. 16]. The remaining parties have no interest adjudicating this matter before this Court. They aver that there are no pending federal issues, and they therefore request a remand to the Sevier County Chancery Court. Accordingly, the parties' joint motion is **GRANTED**; and this action will be **REMANDED** to the Chancery Court for Sevier County, Tennessee.

ENTER:

_____
UNITED STATES DISTRICT JUDGE